UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GARY DOBBS, | 2:11-CV-00534-PMP-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| GEORGE NOEL, | |
| Defendant. | |

On August 22, 2011, the Court conducted a hearing and entered an Order Granting the Motion to Dismiss (Doc. #5) of all Defendants in this action with the exception of Defendant George Noel.  A review of the Court's docket shows that on August 1, 2011, Defendant Noel filed an Answer to Plaintiff's Complaint (Doc. #13).  Since that date, it is unclear that the Parties have taken any action to continue this litigation.

**IT IS THEREFORE ORDERED** that Plaintiff Dobbs and Defendant Noel shall have to and including **January 26, 2012** within which to file a joint written status report regarding this case.  Failure to do so will result in dismissal of this action.

DATED: December 27, 2011.

_____
PHILIP M. PRO
United States District Judge